RECEIVED
SCRANTON  6-6-a
                      $c

**IN THE UNITED STATES DISTRICT COURT**   MAY 3 0 2000
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PER _____
                DEPUTY CLERK

BRIAN DOUGLAS
_____

_____

_____

**Name of Plaintiff(s)**

v.

MARTIN F. HORN

WILLIAM WARD

KENNETH KYLER

MARTIN DRAGOVICH, ET AL.,

**Name of Defendant(s)**

1:CV00-0982

**Civil Case No.**

_____

**Judge**

(Number and Judge to be
assigned by court)

FILED
SCRANTON

JUN 02 2000

PER _____
                DEPUTY CLERK

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1.  __YES__    I am willing to pursue my claims in this action under the new
        provisions of The Prison Litigation Reform Act, understanding
        that pursuing my claim requires payment of a partial filing fee
        and deduction of sums from my prison account when funds exist
        until the filing fee of $150.00 has been paid in full.

2.  __YES__    I have enclosed an executed Authorization form which authorizes
        the Institution holding me in custody to transmit to the Clerk
        a certified copy of my trust account for the past six (6)
        months as well as payments from the account in the amounts
        specified by 28 U.S.C. §1915(b).

3.  Have you, prior to the filing of the complaint in this action and while
    a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
    more actions or appeals in a court of the United States that were
    dismissed as frivolous, malicious, or for failure to state a claim upon
    which relief may be granted?   Yes _____   No __X__

    (a)  If the answer is "yes," are you now seeking relief because you
         are under imminent danger of serious physical injury?
         Yes _____    No _____

(b)  Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.  (a)  Are you presently employed at the Institution?  Yes ____  No _X_

(b)  If yes, what is your monthly compensation?  $_____

5.  Do you own any cash or other property; have a bank account; or receive money from any source?  Yes ____  No _X_

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  5-19-2000 _____     _Bru Joyhs_____
              (Date)                    (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

NOTARIAL SEAL
STEPHEN M. HOKE, Notary Public
Camp Hill, Cumberland County, PA
My Commission Expires Sept. 9, 2002

May 19, 2000

Stephen M. Hoke

2

AO 240 (Rev. 6/86) Application to Proceed @

**1:CV00-0982**

# United States District Court

MIDDLE _____ DISTRICT OF _PENNSYLVANIA_

BRIAN   DOUGLAS
                PLAINTIFF

    V.

MARTIN  F.  HORN
WILLIAM   WARD
KENNETH   KYLER
MARTIN   DRAGOVICH,  ET  AL.,

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

**RECEIVED
SCRANTON**

MAY 3 0 2000

I,_____BRIAN   DOUGLAS_____, declare that I am the [check appropriate box]

DEPUTY CLERK

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant      [ ] _____
                                       other

**FILED
SCRANTON**

JUN 02 2000

PER

DEPUTY CLERK

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

42 U.S.C § 1983 Civil Rights Law Suit alledging:

    1. Denial of Access to the Courts
    2. Discrimination based on race of disability
    3. Tort Medical Claim
    4. Violation of Plaintiff's 5th,8th, and 14th Amendment rights.

In further support of this application, I answer the following questions.

1. Are you presently employed?                 Yes [ ]    No [X]

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

       SEPT 3, 1999  $28.00 MONTHLY

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment    Yes [ ]   No [X]
    b. Rent payments, interest or dividends?    Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
    d. Gifts or inheritances?    Yes [ ]   No [X]
    e. Any other sources?    Yes [ ]   No [X]