Mr. Brian Douglas, DP1285                    5 June 2000

P.O. Box 200

Camp Hill, P.A. 17001-0200


Mr. Kevin T. Calpin

Operation Manager

P.O. Box 1148

Scranton, P.A. 18501

FILED
SCRANTON
JUN 7 2000
PER_____ DEPUTY CLERK

Dear Mr. Calpin,                    1:00-CV-982

Thank you for your coorespondence of May 24th.

I really appreciate your timely response to my request. Mr. Calpin, I have a problem that maybe you can help me solve. On May 26th a Civil Rights Law suit was sent to your office, perhaps it has been filed by now. Well when an inmate files in Federal court the prison hold our mail, or will return it as non-deliverable. Sir, is there any thing that you can suggest that I do to head off this problem. Any assistance you could provide will be helpful.

Thank you for your time and Kind consideration.

Sincerley yours