Mr. Brian Douglas, DP1285  
P.O. Box 200  
Camp Hill, Pa 17001

June 10, 2000

Mary E. D'Anderea, Clerk  
U.S. District Court  
P.O. Box 983  
Hbg, Pa 17108

FILED  
HARRISBURG  
JUN 13 2000  
MARY E. D'ANDREA  
Per _____ Deputy Clerk

Re: 1:00 cv-00-982  
    Douglas V. Horn, et al.

Dear Ms. D'Anderea:

This letter is to request clarification on Local Rules of Court 7.1-7.10 and 26.10-56.1.  please answer the following questions?

1. Will the court direct the U.S. Marshall to effect service on defendants?
2. Under Rule 7.3 do i have to submit supporting documents to my complaint right now or do I wait for the ddefendants to file Summary Judgement?
3. There are no paralegals to assist me can my request for appointed counsel be processed or granted?
4. How did the Judge Rambo get my case?
5. How can I have the prison send you my entire inmate medical and history file to support my allegations.
6. Does the court have a pro-se clerk?

Any assistance you could provide in answering these questions would be very helpful to my civil case.

Thank you for your time and kind consideration.

Very truly yours  
Brian Douglas, DP1285