07/12/00                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                1

**TRNS-ADJ**      **DATE**      **FUND**      **CASE NO**      **DEF**      **AMOUNT**

********************************************************************************

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80300195601. | 07/11/00 | 685SXX | 3:00-OP-1 | 1 | -38.89 |
| 80300195602. | 07/11/00 | 5100PL | | 0 | 4.00 |
| 80300195603. | 07/11/00 | 5100PL | | 0 | 4.00 |
| 80300195604. | 07/11/00 | 0869PL | | 0 | 3.17 |
| 80300195605. | 07/11/00 | 5100PL | | 0 | 5.46 |
| 80300195606. | 07/11/00 | 5100PL | | 0 | 1.71 |
| 80300195607. | 07/11/00 | 685SXX | 3:00-OP-1 | 1 | -152.07 |
| 80300195701. | 07/11/00 | 5100PL | | 0 | 5.88 |
| 80300195702. | 07/11/00 | 0869PL | | 0 | 44.06 |
| 80300195703. | 07/11/00 | 0869PL | | 0 | 18.44 |
| 80300195704. | 07/11/00 | 5100PL | | 0 | 9.98 |
| 80300195705. | 07/11/00 | 0869PL | | 0 | 11.37 |
| 80300195706. | 07/11/00 | 0869PL | | 0 | 16.76 |
| 80300195707. | 07/11/00 | 5100PL | | 0 | 45.58 |
| 80300195708. | 07/11/00 | 5100PL | | 2 | -25.00 |
| 80300195801. | 07/11/00 | 504100 | 3:99-CR-095-02 | 1 | -25.00 |
| 80300195802. | 07/11/00 | 685SXX | 3:00-OP-1 | 1 | -25.00 |
| 80300195901. | 07/11/00 | 504100 | 3:99-CR-109-01 | 1 | -25.00 |
| 80300195902. | 07/11/00 | 685SXX | 3:00-OP-1 | 1 | -100.00 |
| 80300196001. | 07/11/00 | 504100 | 3:99-CR-136-01 | 1 | -100.00 |
| 80300196002. | 07/11/00 | 685SX0 | 3:00-OP-1 | 1 | -10.00 |
| 80300196101. | 07/11/00 | 3225X0 | | 0 | 10.00 |
| 80300196102. | 07/11/00 | 685SXX | 3:00-OP-1 | 1 | |

DIVISION TOTAL                    0.00

FILED
SCRANTON
JUL 1 2 2000

PER _____ DEPUTY CLERK