Mr. Brian Douglas - DP1285  
P.O. Box 200  
Camp Hill, PA, 17001-0200  

July 10, 2000

1:00-CV-982

Ms. Mary Schimelfenig - Pro Se Law Clerk   Rambo
U.S. Middle District Court   Schimelfenig
228 Walnut St
HBG, PA, 17108

**FILED**
HARRISBURG, PA
JUL 12 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: U.S. Marshal Forms Filed

Dear Ms. Schimelfenig:

This letter is sent to thank you for the copy of the docket statement and request your kind assistance in finding out what happened to the U.S. Marshall forms I sent the Court on June 2nd. If you need any additional information please let me know. Have the Marshal sent the forms to the defendants yet. Any help you can provide in answering these questions will be very helpful.

Thank you again for your valuable time and kind consideration.

Sincerely

cc: File
U.S. Dist Court

Brian Douglas