08/07/00

TRANSFER-ADJUSTMENT-FORFEITURE REPORT

SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030019890O1. | 08/03/00 | 6855XX | 3:00-OP-1 | 1 | -15.74 |
| 8030019890O2. | 08/03/00 | 0869PL | | 0 | 3.92 |
| 8030019890O3. | 08/03/00 | 5100PL | | 0 | 3.17 |
| 8030019890O4. | 08/03/00 | 5100PL | | 0 | 8.65 |
| 8030019900O1. | 08/03/00 | 504100 | 3:97-CR-025-01 | 1 | -100.00 |
| 8030019900O2. | 08/03/00 | 6855XX | 3:97-CR-025-01 | 1 | 100.00 |

DIVISION TOTAL  1  0.00

Handwritten: T 1989-3  $3.17  1:00-982 Douglas

FILED SCRANTON AUG 07 2000 PER _____ DEPUTY CLERK