Mr. Brian Douglas, DP1285
P.O. Box 200
Camp Hill, PA. 17001-0200

8-4-2000

Ms. Mary Schimelfenis
Pro-Se Law Clerk
U.S. Middle District Court
Hbg, PA. 17101

FILED
HARRISBURG, PA
AUG 9 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: Notice of Consent Form 00-CV-982

Dear Ms. Schimelfening:

    This letter is to request an updated copy of my Court Docket Statement, and Notice and Consent or U.S. Marshal Forms already received. I would appreciate any information on what forms the Court may need to keep my civil suit current. Without counsel I have no direction.

Thank you for your time and kind consideration.

Sincerely,

[signature]

CC: File
    USMDC