1:00 CV 982          8-17-00 MA (14)

Mr. Brian Douglas, DP1285          Aug 14, 2000
P.O. Box 200
Camp Hill, PA. 17001-0200

Ms. Sylvia H. Rambo, President Judge
U.S. District Court
228 Walnut St
Harrisburg, PA. 17108

FILED
HARRISBURG, PA
AUG 17 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: Indigency Request For Waiver of Filing Fee CV-982-00

Dear Judge Rambo,

This letter is sent to request your honorable assistance in removing the filing fee for my civil suit. At this present time I owe $10,000+ in back child support arrears, $2100+ in court cost + fines to Dauphin County Court, and $1500+ to the U.S. Dept of Education offset for a student loan in 1976. At this time I am suffering complete destitution, and my civil suit is meritorious. I am forced to choice between soap + toothpaste or legal mail + copies each month. Therefore, the small amenities of life in prison I am forced to surrender to litigate in Forma Pauperis in District Court. Any assistance you could provide this request would be very helpful.

Thank you for your valuable time and kind consideration

Sincerely,

Brian D[...]