ORIGINAL

Mr. Brian Douglas
Inmate No. Dp1285
P.O. BOX 200
Camp Hill, Pa 17001-0200

IN PROPRIA PERSONA

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS
    PLAINTIFF

VS.

MARTIN F. HORN, ET AL,..

CIVIL ACTION NO. CV-0982

FILED SCRANTON AUG 3 1 2000 PER _____ DEPUTY CLERK

MOTION FOR SERVICE ON DEFENDANTS
AND SUSPENSION OF COURT FEES

    Plaintiff, Brian Douglas, pursuant to & 1915, respetfully request this honorable court to order the U.S. Clerk of Court to copy the civil complaint and have the U.S. Marshall serve all defendants Form 285 in the above case and have all court fees suspended until final disposition of Petitioner's 1983 Civil Suit, and avers the following:

1. The Plaintiff, Brian Douglas is an unemployed indigent prisioner who cannot afford the cost of copies or court fees.

2. The Petitioner, is requesting the honorable court to direct U.S. Clerk of Court to Photo Copy 21 of Plaintiff's civil complaint at no cost and attach said copies to Form 285 so the U.S. Marshall can serve defendants listed in civil case.

3. The Plaintiff, is respectfully requesting this honorable Court suspend all court fees until a final order is placed on the record in the civil case and then all court fees will be paid in full.

4. The Petitioner, is unable to pay his delinquent child support court fines or student loans because of his poverty and disability under the American With Disabilities ACt.

    WHERFORE, the plaintiff forever pray that this extra ordinary Motion be GRANTED, BY THIS HONORABLE COURT.

Mr. Brian Douglas
Inmate No. DP1285
P.O. Box 200
Camp Hill, Pa 17001-0200

IN PROPRIA PERSONA
CIVIL Docket NO. CV-0982

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF"S
MOTION FOR SERVICE AND SUSPENSION OF FEES

BRIAN DOUGLAS, BEING DULY SWORN, DEPOSES AND SAYS:

1. I am the plaintiff in the above entitled case. I make this Affidavit in support of Motion For Service on Defendants and Suspension of all court fees

2. The Plaintiff sent U.S. Marshall form 285 and 4 copies of the civil complaint to the clerk of courts for filling on June 6, 2000.

3. The Plaintiff is indigent and currently proceeding in Forma Properis in his Civil Rights complaint and cannot afford the cost of legal copies, U.S. Marshall fees, or Court filling fees.

4. The Plaintiff is requesting extra ordinary relief until his civil rights law suit is decided, and then all fees will be paid in full.

5. The Plaintiff's civl suit cannot proceed without the defendant's being served a copy of civil complaint by the U.S. Marshall.

6. The Petitioner owes Dauphin County Child Support $10,551.98 and currently has a weekly obligation of $10.00 (see attached)

7. The Plaintiff also owes the Dauphin County Court $2100 in fines and cost

8. The Petiitioner contends that it would be very detrimental for the litigant to abandon what may be a meritorious claim in order to spare himself complete destitution, and surrender othe small amemities of prison life, such as co-pay medical, basic cosmetics and legal postage in order to proceed in Forma Properis in this honorable district court.

9. The Plaintiff does not have the ability to serve any of the defendant in his civil suit.

WHERFORE, the Plaintiff respectfully moves this Honorable District Court to order the U.S. Clerk of Court to produce 21 copies of his Civil Rights Law Suit for the U.S. Marshall so this Agency may serve all the listed defendant's in civl complaint, and to suspend all court cost until final disposition of the meritourious civl suit is GRANTED.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-28-2000                          _____
            (Date)                                    (Signature)

Form: cpd1f

## Pennsylvania State Collection and Disbursement Unit (PA SCDU)
## IMPORTANT INFORMATION

1. Remit a signed check or money order payable to **PA SCDU**.   DO NOT ENCLOSE CASH OR CORRESPONDENCE
   Write the Member ID on the check or money order.   Remit coupon with payment.
2. Print the amount paid in the field marked "AMOUNT ENCLOSED".
3. If the address is no longer valid, mark the CHANGE OF ADDRESS box and indicate the changes
   on the PAYMENT COUPON.
4. Please use the envelopes and coupons provided to remit support payments.   DISCARD ANY UNUSED COUPONS.
5. If you have any questions regarding this bill, contact your Domestic Relations Section.

BRIAN  DOUGLAS
DP1285
PO BOX 200
2500 LISBURN RD
CAMP HILL PA 17001-0200

0-212
Cpd2_225TrayZero.1

If you would like information on additional payment options via credit card payments, recurring automatic withdrawals, or pay-by-phone, contact the PA SCDU Customer Service Unit at 1-877-PAS-SCDU.

### MONTHLY STATEMENT OF ACCOUNT

PAYER MEMBER ID: 5724000235           SSN: 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
AS OF: 08/11/2000                     AMOUNT DUE: $40.00

| CASE ID # | CURRENT AMOUNT | ARREARS BALANCE |
|---|---|---|
| 476000745 | $20.00 | $5,018.06 |
| 725000790 | $20.00 | $5,533.92 |

Pennsylvania State Collection and Disbursement Unit (PA SCDU) - 1-877-PAS-SCDU

Cpd2_225TrayZero.1-212   08/11/2000

### PAYMENT COUPON

BRIAN  DOUGLAS
Member ID: 5724000235
SSN: 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
PAYMENT FREQUENCY: Weekly
AMOUNT DUE: $10.00
DATE: September 2000

AMOUNT ENCLOSED: $ 

Mail Payments To:

Pennsylvania SCDU
P. O. Box 69110
Harrisburg, PA 17106-9110

Change of Address: ☐



01  5724000235  0000000000  0001000  0