```
09/07/00                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ      DATE       FUND      CASE NO       DEF                                    AMOUNT
****************************************************************************************************
                                               SCRANTON
8030020020 1. 09/06/00   6855XX    3:00-OP-1     1                                      -57.21
8030020020 2. 09/06/00   5100PL                  0                                        4.06
8030020020 3. 09/06/00   0869PL                  0                                        2.74
8030020020 4. 09/06/00   5100PL                  0                                        4.00
8030020020 5. 09/06/00   5100PL                  0                                       10.14
8030020020 6. 09/06/00   6855XX    3:00-OP-1     1                                       36.27
8030020030 1. 09/06/00   0869PL                  0                                      -57.92
8030020030 2. 09/06/00   0869PL                  0                                        8.00
8030020030 3. 09/06/00   0869PL                  0                                        8.83
8030020030 4. 09/06/00   0869PL                  0                                        2.00
8030020030 5. 09/06/00   5100PL                  0                                       27.97
8030020030 6. 09/06/00   5100PL                  0                                       11.12
8030020040 1. 09/06/00   6855XX    3:00-OP-1     1                                      -30.67
8030020040 2. 09/06/00   5100PL                  0                                        4.00
8030020040 3. 09/06/00   0869PL                  0                                        3.00
8030020040 4. 09/06/00   0869PL                  0                                        4.79
8030020040 5. 09/06/00   5100PL                  0                                       16.00
8030020040 6. 09/06/00   5100PL                  0                                        2.88
8030020050 1. 09/06/00   6855XX    3:00-OP-1     1                                       -4.21
8030020050 2. 09/06/00   0869PL                  0                                        4.21
8030020060 1. 09/06/00   6855XX    3:00-OP-1     1                                      -20.78
8030020060 2. 09/06/00   0869PL                  0                                       20.78
8030020070 1. 09/06/00   6855XX    3:00-OP-1     1                                      -14.02
8030020070 2. 09/06/00   0869PL                  0                                       14.02
8030020080 1. 09/06/00   6855XX    3:00-OP-1     1                                       -4.00
8030020080 2. 09/06/00   5100PL                  0                                        2.00
8030020080 3. 09/06/00   5100PL                  0                                        2.00
8030020090 1. 09/06/00   6855XX    3:00-OP-1     1                                      -96.80
8030020090 2. 09/06/00   0869PL                  0                                        8.00
8030020090 3. 09/06/00   5100PL                  0                                       47.68
8030020090 4. 09/06/00   0869PL                  0                                        4.32
8030020090 5. 09/06/00   0869PL                  0                                        5.80
8030020090 6. 09/06/00   5100PL                  0                                       20.00
8030020090 7. 09/06/00   5100PL                  0                                        3.00
8030020090 8. 09/06/00   6855XX    3:00-OP-1     1                                     -341.08
8030020100 1. 09/06/00   5100PL                  0                                       45.60
8030020100 2. 09/06/00   0869PL                  0                                       60.00
8030020100 3. 09/06/00   0869PL                  0                                       14.78
8030020100 4. 09/06/00   5100PL                  0                                       16.76
8030020100 5. 09/06/00   5100PL                  0                                        7.54
8030020100 6. 09/06/00   5100PL                  0                                       10.96
8030020100 7. 09/06/00   5100PL                  0                                        4.25
8030020100 8. 09/06/00   0869PL                  0                                       12.97
8030020101 0. 09/06/00   5100PL                  0                                        9.31
8030020101 1. 09/06/00   0869PL                  0                                        1.27
8030020101 2. 09/06/00   5100PL                  0                                        9.70
8030020101 3. 09/06/00   5100PL                  0                                        9.70
8030020101 4. 09/06/00   0869PL                  0                                        3.88
8030020101 5. 09/06/00   5100PL                  0                                       26.25
8030020101 6. 09/06/00   5100PL                  0                                       10.80
8030020101 7. 09/06/00   0869PL                  0                                       30.09
8030020101 8. 09/06/00   0869PL                  0                                       26.00
8030020101 9. 09/06/00   5100PL                  0                                       31.00
```

Handwritten annotations: "1:00cv982 Rambo/Mary", "16 Amo 9/8/00", "T2004-6  $2.88  1:00-982  Douglas"

FILED SCRANTON SEP 07 2000 PER _____ DEPUTY CLERK