Mr. Brian Douglas, DP1285  
P.O. Box 200  
Camp Hill, Pa. 17001-0200

September 22, 2000

Ms. Mary E. D'Andrea, Clerk of Court  
United States District Court  
228 Walnut St  
P.O. Box 983  
Harrisburg, Pa . 17108



Re: Douglas v. Horn, ET al,.   1:00-CV-00982

Dear Ms. D'Andrea:

   This coorespondence is sent to your office to respectfully request a stamp/dated copy of last petition filed and a copy of court docketing statement. Any assistance your angency can provide this would be greatly appreciated.

Thank you for your valuable time and kind consideration.

Sincerley yours,

Brian Douglas

cc: file