1:00cv982
Rambo/Mary

```
11/07/00           TRANSFER-ADJUSTMENT-FORFEITURE REPORT
TRNS-ADJ      DATE      FUND    CASE NO      DEF    AMOUNT              1
*****************************************************************************
                              SCRANTON
80300207001.  11/06/00  6855XX  3:00-OP-1     1     -36.17
80300207002.  11/06/00  5100PL                0       4.00
80300207003.  11/06/00  0869PL                0       1.35
80300207004.  11/06/00  5100PL                0       3.44
80300207005.  11/06/00  5100PL                0       5.00
80300207006.  11/06/00  5100PL                0      13.38
80300207007.  11/06/00  5100PL                0       9.00
80300207101.  11/06/00  6855XX  3:00-OP-1     1     -50.50
80300207102.  11/06/00  5100PL                0       2.88
80300207103.  11/06/00  5100PL                0       2.88
80300207104.  11/06/00  5100PL                0       2.88
80300207105.  11/06/00  5100PL                0       6.30
80300207106.  11/06/00  0869PL                0      16.68
80300207107.  11/06/00  5100PL                0       4.18
80300207108.  11/06/00  0869PL                0       7.79
80300207109.  11/06/00  0869PL                0       4.03
80300207110.  11/06/00  5100PL                0     -18.04
80300207201.  11/06/00  5100PL                0      18.04
80300207202.  11/06/00  0869PL                0     -53.52
80300207301.  11/06/00  6855XX  3:00-OP-1     1      36.07
80300207302.  11/06/00  0869PL                0       8.57
80300207303.  11/06/00  0869PL                0       8.88
80300207304.  11/06/00  5100PL

                                           DIVISION TOTAL       0.00
```

FILED
SCRANTON
NOV 07 2000
PER _____
DEPUTY CLERK

Douglas

T2070-7   $9.00   1:00-982

(B) Amo
11/7/00