Mr. Brian Douglas, DP1285                                    Nov. 6, 2000
P.O. Box 200
Camp Hill, PA. 1700l-0200

   U.S. District Court
   Clerk of Court
   228 Walnut St
   P.O. Box 983
   Hbg, PA. 17108

RECEIVED
NOV 08 2000
PER
HARRISBURG, PA.    DEPUTY CLERK

   RE: 1:00 CU-00982

Dear Clerk,
            This Letter is to request A copy of the
civil court docketing statement. Any Assistance you could
provide this request would be Appreciated.

Thank you for your valuable time And kind consideration

                              Sincerely

                              B. Douglas

CC: File

FILED
SCRANTON
NOV 13 2000
PER _____ DEPUTY CLERK