21
11/29/00

Brian Douglas, DP1280
P.O. Box 200
Camp Hill, P.A. 17001-0200

Nov 27, 2000

Ms. Mary E. D'Andera, Clerk
U.S. District Court
228 Walnut St
P.O. Box 983
Hbg, P.A. 17108

FILED
HARRISBURG, PA
NOV 28 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: 1:CV-00-0982, Douglas v. Horn: Judge Rambo

Dear Ms. D'Andera:

Pursuant to Judge Rambo's order of _ 20, 2000, it is respectfully requested that a certified copy of the above order be sent to: Mr. Ben C. Livinsood, SCI Camp Hill Correctional Superintendent Assistant, P.O. Box 200 Camp Hill, PA 170__. They will not accept my copy of the order. Also according to my _____ all deduction of court fee's should be suspended. Please make sure that they are aware of this fact. Any assistance your office could provide would be very helpful.

Thank you for your valuable time and kind consideration.

Sincerely,
Brian Douglas