

**MARY E. D'ANDREA**
Clerk of Court

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov



*Divisional Offices*

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

December 11, 2000

Mr. Brian Douglas
DP-1285
P.O. Box 200
Camp Hill, PA 17001-0200

FILED
SCRANTON
DEC 12 2000
PER _____
DEPUTY CLERK

Re: Douglas v. Horn, et al., Civil No. 1:CV-00-0982
    (Judge Rambo)

Dear Mr. Douglas:

This is in response to your recent letter in which you request a copy of the petition and docket sheet in the case referenced above.

Please be advised that the Clerk's Office does not provide free copies to individuals except by order of court. Copies are available to the public at a cost of $.50 per page. The petition is thirty-four (34) pages and the docket sheet is six (6) pages, for a total of forty (40) pages. Therefore, the cost for the copies you request is $20.00, which must be paid in advance.

Upon receipt of your check or money order payable to the Clerk of Court, we will forward the copies to you.

Sincerely,

M. C. Schimelfenig

M. C. Schimelfenig, Esquire
Pro Se Law Clerk

MCS:laf