ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS,
    Plaintiff

vs.

CIVIL NO. 1:CV00-0982

MARTIN F. HORN; WILLIAM F. WARD; KENNETH D. KYLER; ROBERT STOOGEL; MARTIN L. DRAGOVICH; JOHN ANDREDE; ROBERT BITNER; CARL HAMBERGER; JOHN BENNING; DOMINIK SUCIC; DWAYNE ROMAN; SERGEANT BEKELY; TERESA LAW; DR. LANSKY; TODD YOOLEMAN; SERGEANT LUCAS; JED MINAYA; LIZHU ZHONG; ROBERT GIMBLE; JOHN DENSHAM; and SAM GAULT,
    Defendants

(Judge Rambo)



FILED
DEC 12 2000
PER _____
HARRISBURG, PA.   DEPUTY CLERK

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Martin Lasky, D.O. (misnamed as Dr. Lansky), only.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.

Date: 12/12/00

By: _____
James D. Young, Esquire
Attorney I.D. #53904
P. O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorney for Defendant Lasky

### CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this ___12th___ day of December, 2000, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Mr. Brian Douglas
SCI-Camp Hill
DP-1285
P. O. Box 200
Camp Hill, PA 17001

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
P. O. Box 598
Camp Hill, PA 17001-0598

_Linda L. Gustin_
Linda L. Gustin