


## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS,                         :
                                       :
    Plaintiff,              :
                                       :      Civil Action No. 1:CV-00-0982
v.                                     :
                                       :      (Judge Rambo)
MARTIN F. HORN, et al.,                :
                                       :
    Defendants              :

### PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance for the Defendants, except for Dr. Lasky, in the above-captioned matter.

                                            Respectfully submitted,

                                            Raymond W. Dorian
                                            Assistant Counsel
                                            Attorney I.D. No. 48148

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: January 2, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS,

    Plaintiff,

v.

MARTIN F. HORN, et al.,

    Defendants

Civil Action No. 1:CV-00-0982

(Judge Rambo)

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Praecipe for Entry of Appearance upon the person(s) and in the manner indicated below.

Service by first-class mail
addressed as follows:

Brian Douglas, DP-1285
SCI-Camp Hill
P.O. Box 200
Camp Hill, PA 17001-0200

James D. Young, Esquire
Lavery, Faherty, Young & Patterson, P.C.
301 Market Street
Harrisburg, PA 17108-1245

Janelle C. Porr
Clerk Typist 2

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: January 2, 2001