# WAIVER OF SERVICE OF SUMMONS

TO: __Brian Douglas__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Brian Douglas__ VS __Horn et al.__, which is case number __CV-00-0982__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __12/1/00__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| December 27, 2000 | [signature] |
|---|---|
| DATE | SIGNATURE |

Printed/typed name: Raymond W. Dorian

Title if any: Assistant Counsel

Address of Person signing: PA Department of Corrections/Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011

Party you represent: SEE ATTACHED LIST

FILED
SCRANTON
DEC 29 2000
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00982

I AM ENTERING MY APPEARANCE FOR THE FOLLOWING DEFENDANTS:

Martin F. Horn
    defendant
William F. Ward
    defendant
Kenneth D. Kyler
    defendant
Robert Stodgel
    defendant
Martin L. Dragovich
    defendant
John Andrede
    defendant
Robert Bitner
    defendant
Carl Hamberger
    defendant
John Benning
    defendant
Dominik Sucic
    defendant
Dwayne Roman
    defendant

Teresa Law
    defendant

Todd Yodleman
    defendant
Sergeant Lucas
    defendant
Jed Minaya
    defendant
Lizhu Zhong
    defendant
Robert Gimble
    defendant
John Densham
    defendant
Sam Gault
    defendant

# WAIVER OF SERVICE OF SUMMONS

TO: __Brian Douglas__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Brian Douglas__ vs __Horn et al.__, which is case number __CV-00-0982__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __12/1/00__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__12/05/00__                                 __Christine R. Byler__
DATE                                          SIGNATURE

Printed/typed name: __Christine R. Byler__

Title if any: __Nurse Paralegal__

Address of Person signing: __Wexford Health Sources, Inc.__
__381 Mansfield Avenue, 205 Gruntree Commons__
__Pittsburgh, PA 15220__

Party you represent: __Martin Lasky__

FILED
SCRANTON
DEC 29 2000
PER _____
DEPUTY CLERK

**MARTIN F. HORN**
SECRETARY

**MARTIN L. DRAGOVICH**
SUPERINTENDENT

ADDRESS ALL REPLIES TO SUPERINTENDENT



**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**STATE CORRECTIONAL INSTITUTION**
**AT CAMP HILL**
**P.O. BOX 8837, CAMP HILL, PA 17001-8837**

(717) 737-4531

**ROBERT M. NOVOTNEY**
DEPUTY SUPERINTENDENT
FACILITY MANAGEMENT

**JOHN A. PALAKOVICH**
DEPUTY SUPERINTENDENT
CENTRALIZED SERVICES

**ROBERT G. GIMBLE**
BUSINESS MANAGER

**JANET S. SMITH**
PERSONNEL DIRECTOR

December 5, 2000

United States Marshal Service
P.O. Box 310
Scranton, PA 18501

Re: Brian Douglas v. Martin F. Horn, et al – Civil No. 1:CV-00-0982

I am returning the Notice of Lawsuit and Request for Waiver of Service for Sergeant Bekely. There is no employee with that name at SCI-Camp Hill.

If there are any questions, please call me at 717-975-5201.

Sincerely,

Ben Livingood
Corrections Superintendent Assistant

js
enclosure
cc: Randal Sears-Office of Chief Counsel
    File –1:CV-00-0982