IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS,

    Plaintiff

v.

MARTIN F. HORN, ET AL.,

    Defendants

CIVIL NO. 1:CV-00-0982

(Judge Rambo)

FILED
HARRISBURG, PA

JAN 0 8 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER

By order dated November 20, 2000, the United State Marshal was directed to serve the complaint. Plaintiff has signed and filed of record an application to proceed in forma pauperis and authorization form, in which he authorizes the deduction of the filing fee for this action and acknowledges that "[t]his authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action," (Doc. 3, Authorization). Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's motion for service on the Defendants and suspension of court fees (Doc. 15) is DENIED.

SYLVIA H. RAMBO
United States District Judge

Dated: January 8, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-00982    Douglas v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

    Brian Douglas
    SCI-CH
    DP-1285
    P.O. Box 200
    Camp Hill, PA  17001

    Raymond W. Dorian, Esq.
    Office of Chief Counsel
    PA Dept of Corrections
    55 Utley Drive
    Camp Hill, PA  17011

    James D. Young, Esq.
    PO Box 1245
    Harrisburg, PA  17108-1245

cc:
Judge                          ( ✓ )
Magistrate Judge               (   )
U.S. Marshal                   (   )
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   ) with N/C attached to complt. and served by:
                                      U.S. Marshal (   )    Pltf's Attorney (   )
Standard Order 93-5            (   )
Order to Show Cause            (   ) with Petition attached & mailed certified mail
                                      to:  US Atty Gen    (   )   PA Atty Gen  (   )
                                               DA of County   (   )   Respondents  (   )
Bankruptcy Court               (   )

Other _____ ( )

DATE: _____1-8-01_____

MARY E. D'ANDREA, Clerk

BY: _____
Deputy Clerk