01/10/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                2

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300211601. | 01/09/01 | 6855XX | | 1 | -48.23 |
| 80300211602. | 01/09/01 | 5100PL | 3:01-OP-1 | 0 | 5.00 |
| 80300211603. | 01/09/01 | 5100PL | | 0 | 10.79 |
| 80300211604. | 01/09/01 | 5100PL | | 0 | 14.78 |
| 80300211605. | 01/09/01 | 5100PL | | 0 | 11.66 |
| 80300211606. | 01/09/01 | 5100PL | | 0 | 6.00 |
| 80300211701. | 01/09/01 | 6855XX | | 1 | -66.87 |
| 80300211702. | 01/09/01 | 086PL | 3:01-OP-1 | 0 | 4.12 |
| 80300211703. | 01/09/01 | 5100PL | | 0 | 10.00 |
| 80300211704. | 01/09/01 | 5100PL | | 0 | 7.33 |
| 80300211705. | 01/09/01 | 5100PL | | 0 | 25.00 |
| 80300211706. | 01/09/01 | 5100PL | | 0 | 6.22 |
| 80300211707. | 01/09/01 | 5100PL | | 0 | 4.33 |
| 80300211708. | 01/09/01 | 5100PL | | 0 | 9.87 |
| 80300211801. | 01/09/01 | 504100 | 3:97-CR-195-03 | 3 | -50.00 |
| 80300211802. | 01/09/01 | 6855XX | 3:01-OP-1 | 1 | 50.00 |

DIVISION TOTAL          0.00

1:00cv982
Rambo/Mary

28
Amo
1/16/01

JAN 17 2001

DOUGLAS

T 2116-6   $ 6.00        1:00 - 982