OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

January 11, 2001

Mr. Brian Douglas
DP-1285
P.O. Box 200
Camp Hill, PA 17001-0200

Re:  Douglas v. Horn, et al., Civil No. 1:CV-00-0982
     (Judge Rambo)

Dear Mr. Douglas:

I am writing in response to your recent letter to the Clerk of Court regarding the case referenced above. Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.

Sincerely,

M. C. Schimelfenig, Esquire
Pro Se Law Clerk

MCS:laf