ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS, :
:
    Plaintiff, :
: Civil Action No. 1:CV-00-0982
v. :
: (Judge Rambo)
MARTIN F. HORN, et al., :
:
    Defendants :

FILED
HARRISBURG

JAN 2 9 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

### DECLARATION OF BEN LIVINGOOD

I, Ben Livingood, hereby declare under penalty of perjury that the following statements are true and correct based upon my personal knowledge and belief:

1. I am presently employed by the Pennsylvania Department of Corrections as Assistant to the Superintendent at the State Correctional Institution at Camp Hill ("SCI-Camp Hill"). I have held that position since August, 1995.

2. As Assistant to the Superintendent, one of my titles is that of Grievance Coordinator. As the Grievance Coordinator, I receive and process inmate grievances filed pursuant to the Consolidated Inmate Grievance Review System under Department Policy DC-ADM 804.

3. According to institutional records, inmate Brian Douglas, DP-1285, has been confined to SCI-Camp Hill since April 9, 1998. During that time period, I have had an opportunity to receive and process inmate grievances filed by inmate Brian Douglas.

4. According to my records, he filed a total of seven inmate grievances since his admission. Of those total grievances filed, only four were appealed to final review under DC-ADM 804. A true and correct copy of a list of the grievances which Mr. Douglas has filed with

my office since his admission to SCI-Camp Hill and their final disposition is attached hereto and marked Exhibit "A."

5. Those grievances, which were appealed to final review by Douglas, are: CAM-0178-00, CAM-212-00, CAM-0267-00, and CAM-0697-99. Inmate grievance CAM-0178-00 was filed against Business Manager Robert Gimble and concerned a request for indigent legal material. Inmate grievance CAM-0212-00 concerned the denial of paralegal assistance and accused librarian Zhong of discrimination. Inmate grievance CAM-0267-00 dealt with medical issues. Inmate grievance CAM-0697-99 concerned his removal from the sex offender program and alleged that he was disabled.

Executed this 29th day  
of January, 2001

Ben Livingood  
Assistant to the Superintendent  
SCI-Camp Hill

01/22/2001

Inmate Grievance Tracking System
Grievances for DP1285 - 04/09/1998 thru 01/22/2001

| Grievance Number | Inmate Name | Date Gr. Received | Grievance Category | Housing Unit | Grievance Location |
|---|---|---|---|---|---|
| CAM-0178-2000 | DOUGLAS, BRIAN | 03/14/2000 | Legal/Courts | N | |
| CAM-0212-2000 | DOUGLAS, BRIAN | 03/27/2000 | Legal/Courts | N | |
| Count 2 | | | | | |
| CAM-0267-2000 | DOUGLAS, BRIAN | 04/21/2000 | Medical | N | DISPENSARY |
| Count 1 | | | | | |
| CAM-0187-2000 | DOUGLAS, BRIAN | 03/17/2000 | Miscellaneous | N | |
| CAM-0719-2000 | DOUGLAS, BRIAN | 11/30/2000 | Miscellaneous | P | |
| Count 2 | | | | | |
| CAM-0697-1999 | DOUGLAS, BRIAN | 10/05/1999 | Programs | N | |
| Count 1 | | | | | |
| CAM-0694-1999 | DOUGLAS, BRIAN | 10/04/1999 | Work | N | KITCHEN 2 |
| Count 1 | | | | | |



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN DOUGLAS,                          :
                                        :
    Plaintiff,                          :
                                        :    Civil Action No. 1:CV-00-0982
v.                                      :
                                        :    (Judge Rambo)
MARTIN F. HORN, et al.,                 :
                                        :
    Defendants                          :

### CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Declaration of Ben Livingood upon the person(s) and in the manner indicated below.

Service by first-class mail<br>addressed as follows:

| | |
|---|---|
| Brian Douglas, DP-1285 | James D. Young, Esquire |
| SCI-Camp Hill | Lavery, Faherty, Young & Patterson, P.C. |
| P.O. Box 200 | 301 Market Street |
| Camp Hill, PA 17001-0200 | Harrisburg, PA 17108-1245 |

                                                                           _____
                                                                           Janelle C. Porr
                                                                           Clerk Typist 2

PA Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: January 29, 2001