Mary E. D'Andrea            2-20-2001
Clerk of Court - USDC - Middle District
Fed. Bldg, Room 1060
228 Walnut St
Hbg, PA. 17108

FILED
HARRISBURG
FEB 23 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RE: Douglas V. Horn, et al
    File No. 0100-1117 ( No: 1-00-0982-CV

Dear Ms. D'Andrea:

    Please be advised I have been transferred to a new address: SCI Albion - J-A32
    10745, Route 18
    Albion, PA. 16475-0

Please forward any court correspondence to this new address. Thank you for your kind cooperation.

                              Sincerely,

                              [signature]