```
02/22/01                      TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                      2

TRNS-ADJ         DATE       FUND      CASE NO          DEF              AMOUNT
*********************************************************************************
                                      SCRANTON

8030021616101.   02/21/01   6855XX    3:01-OP-1          1              -59.26
8030021616102.   02/21/01   5100PL                       0                3.61
8030021616103.   02/21/01   0869PL                       0               28.29
8030021616104.   02/21/01   5100PL                       0                9.46
8030021616105.   02/21/01   5100PL                       0                6.15
8030021616106.   02/21/01   5100PL                       0               11.75
8030021616201.   02/21/01   6855XX    3:01-OP-1          1              -30.00
8030021616202.   02/21/01   5100PL                       0               30.00
8030021616301.   02/21/01   6855XX    3:01-OP-1          1              -47.96
8030021616302.   02/21/01   5100PL                       0               10.00
8030021616303.   02/21/01   5100PL                       0                5.60
8030021616304.   02/21/01   5100PL                       0                8.00
8030021616305.   02/21/01   5100PL                       0                3.63
8030021616306.   02/21/01   5100PL                       0               11.15
8030021616307.   02/21/01   5100PL                       0                1.58
8030021616308.   02/21/01   5100PL                       0                8.00
8030021616401.   02/21/01   6855XX    3:01-OP-1          1              -98.87
8030021616402.   02/21/01   0869PL                       0                1.51
8030021616403.   02/21/01   5100PL                       0                1.51
8030021616404.   02/21/01   5100PL                       0                1.51
8030021616405.   02/21/01   0869PL                       0                3.76
8030021616406.   02/21/01   5100PL                       0                8.29
8030021616407.   02/21/01   0869PL                       0                8.78
8030021616408.   02/21/01   5100PL                       0                7.81
8030021616409.   02/21/01   0869PL                       0                6.30
8030021616410.   02/21/01   5100PL                       0                4.69
8030021616411.   02/21/01   0869PL                       0                6.78
8030021616412.   02/21/01   5100PL                       0                3.62
8030021616413.   02/21/01   0869PL                       0                6.38
8030021616414.   02/21/01   5100PL                       0               10.13
8030021616415.   02/21/01   0869PL                       0                0.90
8030021616416.   02/21/01   5100PL                       0               10.13
8030021616417.   02/21/01   0869PL                       0                0.90
8030021616418.   02/21/01   5100PL                       0                4.25
8030021616419.   02/21/01   0869PL                       0                3.02
8030021616420.   02/21/01   5100PL                       0                8.60
8030021616501.   02/21/01   6855XX    3:01-OP-1          1              -19.60
8030021616502.   02/21/01   0869PL                       0                7.52
8030021616503.   02/21/01   5100PL                       0                7.52
8030021616504.   02/21/01   5100PL                       0                4.56
8030021616601.   02/21/01   6855XX    3:01-OP-1          1              -50.38
8030021616602.   02/21/01   5100PL                       0                4.18
8030021616603.   02/21/01   5100PL                       0               27.00
8030021616604.   02/21/01   5100PL                       0                2.27
8030021616605.   02/21/01   5100PL                       0                6.26
8030021616606.   02/21/01   0869PL                       0               10.67
8030021616701.   02/21/01   504100    3:99-CR-235-01     1             -300.00
8030021616702.   02/21/01   6855XX    3:99-CR-235-01     1              300.00

                                                        DIVISION TOTAL     0.00
```

*Rambo/Mary* (38) Amo 2/28/01

T 2163-7    $1.58    1:00-982    DOUGLAS