1:00cv 982
Rambo / Mary

(39)
Amo
3/4/01

```
03/02/01          TRANSFER-ADJUSTMENT-FORFEITURE REPORT
TRNS-ADJ    DATE      FUND      CASE NO      DEF                    AMOUNT    2
*********************************************************************************

                                          SCRANTON    1

80300217501.  03/01/01   685XXX   3:01-OP-1     1                   -51.60
80300217502.  03/01/01   5100PL                 0                     6.00
80300217503.  03/01/01   5100PL                 0                     6.16
80300217504.  03/01/01   0869PL                 0                    16.78
80300217505.  03/01/01   5100PL                 0                     5.00
80300217506.  03/01/01   5100PL                 0                     7.60
80300217507.  03/01/01   5100PL                 0                     7.18
80300217508.  03/01/01   5100PL                 0                     2.88

                                   DIVISION TOTAL                     0.00
```

T2175-5    $5.00    1:00-982  Douglas

FILED
SCRANTON
MAR 0 2 2001

PER _____ DEPUTY CLERK