41
7/19/01
MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN DOUGLAS,**<br>**Plaintiff** | : **CIVIL NO. 1:CV-00-0982**<br>:<br>: |
| **vs.** | : **(JUDGE RAMBO)**<br>: |
| **MARTIN F. HORN, et al.,**<br>**Defendants** | :<br>:<br>: |

**FILED**
HARRISBURG, PA

JUL 1 9 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## O R D E R

**NOW, THIS** *19* **DAY OF JULY, 2001,** for the reasons set forth in the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

1.  Defendant Lasky's motion to dismiss, (Doc. No. 30), is **GRANTED**.

2.  Commonwealth Defendants' motion to dismiss, (Doc. No. 31), is **GRANTED**.

3.  The Clerk of Court shall close this case.

4.  Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

SYLVIA H. RAMBO
United States District Judge

Certified from the record
Date 7-19-01
Mary E. D'Andrea, Clerk

Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 19, 2001

Re:  1:00-cv-00982   Douglas v. Horn

True and correct copies of the attached were mailed by the clerk
to the following:

    Brian Douglas
    SCI-ALBION
    DP1285
    10745 Rt. 18
    Albion, PA  16475-0001

    Raymond W. Dorian, Esq.
    Office of Chief Counsel
    PA Dept of Corrections
    55 Utley Drive
    Camp Hill, PA  17011

    James D. Young, Esq.
    Lavery & Associates, P.C.
    301 Market Street
    P.O. Box 1245
    Suite 800
    Harrisburg, PA  17108-1245

cc:
Judge                      (X )            (X ) Pro Se Law Clerk
Magistrate Judge           (  )            (  ) INS
U.S. Marshal               (  )            (  ) Jury Clerk
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (X )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                                U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail

```
                           to:  US Atty Gen    (  )   PA Atty Gen  (  )
                                DA of County   (  )   Respondents  (  )
Bankruptcy Court            (  )
Other_____  (  )
```

MARY E. D'ANDREA, Clerk

DATE: July 19th, 2001          BY: _____

                                    Deputy Clerk