```
01/16/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

TRNS-ADJ       DATE      FUND      CASE NO     DEF                      AMOUNT

                                   SCRANTON

80300275401.  01/15/02  504100                  0                      -35.00
80300275402.  01/15/02  322360                  0                       35.00
80300275501.  01/15/02  685SXX    3:02-OP-1     1                      -29.27
80300275502.  01/15/02  5100PL                  0                        3.31
80300275503.  01/15/02  5100PL                  0                       12.50
80300275504.  01/15/02  5100PL                  0                        3.46
80300275505.  01/15/02  5100PL                  0                       10.00

                                       DIVISION TOTAL                    0.00
```

CFR

(48)

(UM)
1-29-02

FILED
SCRANTON

JAN 16 2002

PER _____ DEPUTY CLERK

TRNSS-3    $12.50    1:00-982    DOUGLAS

TERM'ED

7-19-01