Case 1:00-cv-00982-SHR-KH  Document 49  Filed 02/01/2002  Page 1 of 1

COPY 

Mary D'Andrea
Middle District Court
Clerk of Courts
235 N. Washington Ave
P.O. Box 1148
Scranton, PA. 18501

Jan 29, 2001

FILED
SCRANTON

FEB 01 2002

PER _____
DEPUTY CLERK

RE: Douglas v. Horn - CV-0982

Dear Ms. D'Andrea,

    This letter is sent to your office to request a correct accounting of my filings. Including the current balance of the $150.00 owed. Any assistance your office could provide this request would be appreciated.

Thank you for your valuable time and cooperation

Sincerely

Brian Douglas, Pro SE

Brian Douglas, DP1285
SCI Albion
10745 RT. 18
Albion, PA. 16475