*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg:  (717) 221-3920*
*Williamsport: (570) 323-6380*

FILED
SCRANTON

FEB  5 2002

PER

February 5, 2002

Inmate Accounting
SCI-Albion
10745 Rt 18
Albion, PA 16745

Re: CV 00-0982
Douglas v Horn, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Brian Douglas, DP-1285, indicates that Mr. Douglas has a balance of $51.89

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:

Nancy A. Edmunds
Financial Specialist