(52) 3/13/
Termed - CFR

Rec 87246  3/11/02  $5.85  1:00-982  DOUGLAS

```
03/13/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                           1

TRNS-ADJ        DATE       FUND      CASE NO                     DEF                  AMOUNT
****************************************************************************************************
                                                  SCRANTON
8030028170 1.  03/12/02   086900                                   0                    -5.00
8030028170 2.  03/12/02   6855XX                                   1                     5.00
8030028180 1.  03/12/02   504100                                   0                   -35.00
8030028180 2.  03/12/02   322360                                   0                    35.00
8030028190 1.  03/12/02   6855XX    3:02-OP-1                      0                   -13.43
8030028190 2.  03/12/02   0869PL                                   1                     5.85
8030028190 3.  03/12/02   5100PL                                   1                     4.00
8030028190 4.  03/12/02   0869PL                                   0                     2.60
8030028190 5.  03/12/02   6855PL                                   0                     0.98
8030028200 1.  03/12/02   6855XX    3:02-OP-1                      0                   -26.77
8030028200 2.  03/12/02   0869PL                                   1                     1.37
8030028200 3.  03/12/02   5100PL                                   1                    22.66
8030028200 4.  03/12/02   0869PL                                   0                     2.74
8030028210 1.  03/12/02   504100    3:01-CR-009-01                 0                   -37.00
8030028210 2.  03/12/02   6855XX    3:01-CR-009-01                 0                    37.00

                                                                    DIVISION TOTAL       0.00
```

FILED
SCRANTON
MAR 11 2002
PER _____
DEPUTY CLERK

3/11/02