1:00 CV 982
Termed - CFR

(53)
KM
4/16/02

FILED
SCRANTON
KM
APR 08 2002
PER _____
DEPUTY CLERK

```
04/09/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ        DATE        FUND      CASE NO           DEF                       AMOUNT
                                                SCRANTON
******************************************************************************************
80300285301.    04/09/02    504100    3:97-CR-025-01                1             -300.00
80300285302.    04/09/02    6855XX    3:97-CR-025-01                1              300.00
80300285401.    04/09/02    504100                                  0              -50.00
80300285402.    04/09/02    504100    3:99-CR-289-01                1               50.00
80300285501.    04/09/02    6855XX    3:02-OP-1                     1              -38.74
80300285502.    04/09/02    5100PL                                  0                4.10
80300285503.    04/09/02    0869PL                                  0                8.81
80300285504.    04/09/02    5100PL                                  0                7.46
80300285505.    04/09/02    5100PL                                  0                4.00
80300285506.    04/09/02    5100PL                                  0                6.12
80300285507.    04/09/02    0869PL                                  0                8.25

                                                    DIVISION TOTAL                   0.00
```

Rec 87571   4/8/02   $8.81   1:00-982   Douglas