1:00CV982 (54)
Termed - CFR   KM 5/22/02

FILED
SCRANTON
MAY 13 2002
PER _____ DEPUTY CLERK

```
05/17/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ       DATE       FUND     CASE NO         DEF         AMOUNT
*********************************************************************************
                                   SCRANTON
8030029 0001.  05/17/02   6855XX   3:02-OP-1        1          -41.38
8030029 0002.  05/17/02   5100PL                    0            3.70
8030029 0003.  05/17/02   0869PL                    0            8.29
8030029 0004.  05/17/02   5100PL                    0            5.28
8030029 0005.  05/17/02   5100PL                    0            7.70
8030029 0006.  05/17/02   5100PL                    0            4.61
8030029 0007.  05/17/02   5100PL                    0            9.00
8030029 0008.  05/17/02   5100PL                    0            2.80
8030029 0101.  05/17/02   6855XX   3:02-OP-1        1          -10.00
8030029 0102.  05/17/02   5100PL                    0           10.00
8030029 0201.  05/17/02   6855XX   3:02-OP-1        1         -132.74
8030029 0202.  05/17/02   0869PL                    0            4.56
8030029 0203.  05/17/02   5100PL                    0            9.06
8030029 0204.  05/17/02   5100PL                    0            2.88
8030029 0205.  05/17/02   5100PL                    0            5.32
8030029 0206.  05/17/02   0869PL                    0            8.00
8030029 0207.  05/17/02   5100PL                    0           42.30
8030029 0208.  05/17/02   5100PL                    0           18.28
8030029 0209.  05/17/02   5100PL                    0           24.02
8030029 0210.  05/17/02   5100PL                    0           18.32
8030029 0301.  05/17/02   6855XX   3:02-OP-1        1          -89.46
8030029 0302.  05/17/02   5100PL                    0           45.15
8030029 0303.  05/17/02   5100PL                    0           19.12
8030029 0304.  05/17/02   5100PL                    0           20.20
8030029 0305.  05/17/02   5100PL                    0            4.99

                                                DIVISION TOTAL   0.00
```

Rec 88050  5/13/02  $9.06   1:00-982  DOUGLAS