```
06/19/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ         DATE        FUND      CASE NO             SCRANTON                DEF     AMOUNT
*****************************************************************************************************
80300293301.   06/18/02    6855XX    3:02-OP-1                                      1      -107.46
80300293302.   06/18/02    5100PL                                                   0        26.69
80300293303.   06/18/02    5100PL                                                   0         4.56
80300293304.   06/18/02    0869PL                                                   0         1.30
80300293305.   06/18/02    5100PL                                                   0         2.88
80300293306.   06/18/02    5100PL                                                   0         5.60
80300293307.   06/18/02    0869PL                                                   0         7.95
80300293308.   06/18/02    5100PL                                                   0         2.88
80300293309.   06/18/02    5100PL                                                   0         2.88
80300293310.   06/18/02    5100PL                                                   0        42.35
80300293311.   06/18/02    0869PL                                                   0        10.37

                                                        DIVISION TOTAL                        0.00
```

Rec 88472   6/17/06   $1.30   1:00-982   DOUGLAS

FILED
SCRANTON
JUN 17 2002
PER _____
          DEPUTY CLERK

55
6/26/02

TERMEN