1:00 CV 982
Terned - CFR

(56)

Km 7/15

FILED
SCRANTON
JUL 8 2002
PER _____
DEPUTY CLERK

```
07/09/02                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1
TRNS-ADJ        DATE        FUND      CASE NO         DEF      SCRANTON                         AMOUNT
***************************************************************************************************

80300294501.    07/09/02    6855XX    3:02-OP-1        1                                        -90.00
80300294502.    07/09/02    5100PL                     0                                         90.00
80300294601.    07/09/02    6855XX    3:02-OP-1        1                                       -141.84
80300294602.    07/09/02    5100PL                     0                                         20.34
80300294603.    07/09/02    0869PL                     0                                          5.68
80300294604.    07/09/02    5100PL                     0                                          3.88
80300294605.    07/09/02    0869PL                     0                                         17.60
80300294606.    07/09/02    5100PL                     0                                          4.33
80300294607.    07/09/02    0869PL                     0                                         20.00
80300294608.    07/09/02    5100PL                     0                                         17.74
80300294609.    07/09/02    0869PL                     0                                         10.75
80300294610.    07/09/02    5100PL                     0                                          6.09
80300294611.    07/09/02    0869PL                     0                                          7.69
80300294612.    07/09/02    5100PL                     0                                         20.00
80300294613.    07/09/02    5100PL                     1                                          7.74
80300294701.    07/09/02    6855XX    3:02-OP-1        1                                        -71.97
80300294702.    07/09/02    5100PL                     0                                          1.00
80300294703.    07/09/02    0869PL                     0                                          1.76
80300294704.    07/09/02    5100PL                     0                                          3.94
80300294705.    07/09/02    0869PL                     0                                          7.00
80300294706.    07/09/02    5100PL                     0                                          9.83
80300294707.    07/09/02    0869PL                     0                                          8.46
80300294708.    07/09/02    5100PL                     0                                          8.46
80300294709.    07/09/02    0869PL                     0                                         28.06
80300294710.    07/09/02    0869PL                     0                                          3.46

                                                       DIVISION TOTAL                             0.00
```

Rec 88678  7/8/02   $3.46   1:00-982   Douglas