09/11/02 TRANSFER-ADJUSTMENT-FORFEITURE REPORT 1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300300101. | 09/11/02 | 6855XX | 3:02-OP-1 | 1 | -26.02 |
| 80300300102. | 09/11/02 | 0869PL | | 0 | 4.80 |
| 80300300103. | 09/11/02 | 0869PL | | 0 | 2.74 |
| 80300300104. | 09/11/02 | 5100PL | | 0 | 3.71 |
| 80300300105. | 09/11/02 | 0869PL | | 0 | 1.89 |
| 80300300106. | 09/11/02 | 0869PL | | 0 | 12.88 |
| | | | | DIVISION TOTAL | 0.00 |

Rec 89425 9/10/02 $ 2.74 1:00-982 Douglas

TERMED

FILED
SCRANTON
SEP 1 0 2002
PER ______
DEPUTY CLERK

57
9/12/02