ORIGINAL

Clerk of Courts
U.S. Middle District Court
228 Walnut St
Hbg, PA. 17108


9-16-2002
RECEIVED
SEP 23 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

RE: Request statement of Account Balance for
CV-1-00-0982 - Douglas v. Horn

Dear Clerk,

This letter is sent to your office to request my account balance on the $150 Filing Fee I am currently paying. I would like to know how much I have left to pay, so I can remit you a check for the final payment. Any assistance your office can provide this request would be helpful.

Sincerely

Brian Douglas
Brian Douglas - DP128-
SCI Albion
10745 Rt. 18
Albion, PA. 1647-

JUDGE'S COPY

Clerk of Courts
U.S. Middle District Court
228 Walnut St
Hbg, PA- 17108


RECEIVED 9-16-2002
SEP 2 3 2002
PER ___
HARRISBURG, PA.   DEPUTY CLERK

RE: Request statement of Account Balance for
CV-1-00-0982 - Douglas V. Horn

Dear Clerk,

    This letter is sent to your office to requ[est]
my Account balance on the $150 Filing Fee I am
currently paying. I would like to know how much I
have left to pay, so I can remit you a check for
the final payment. Any assistance your office can
provide this request would be helpful.

Sincerely

Brian Douglas

Brian Douglas - DP128
SCI Albion
10745 RT. 18
Albion, PA. 164[__]