

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
Clerk of Court

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

September 26, 2002

FILED
SCR

SEP 2 6 2002

PER _____
DEPUTY CLERK

Inmate Accounting
SCI-Albion
10745 Rt 18
Albion, PA 16475

Re: CV 00-0982
Douglas v Horn, et al

To Whom It May Concern:

Please be advised that our records in the above captioned cases for Brian Douglas, DP-1285, indicates that Mr.. Douglas has a balance of $12.93.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

ORIGINAL Mary E. D'Andrea
Clerk

By: *Nancy A. Edmunds*
Nancy A. Edmunds
Financial Specialist