1:00CV982
Termed - CFR

60
KM
10/9/02

```
10/08/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT
TRNS-ADJ         DATE      FUND    CASE NO        DEF                     AMOUNT
*********************************************************************************
                                       SCRANTON                                  1
*********************************************************************************
80300301701.  10/08/02   6855XX   3:02-OP-1                     1        -56.38
80300301702.  10/08/02   5100PL                                 0          6.67
80300301703.  10/08/02   5100PL                                 0          5.29
80300301704.  10/08/02   5100PL                                 0          6.00
80300301705.  10/08/02   5100PL                                 0          6.87
80300301706.  10/08/02   0869PL                                 0          5.87
80300301707.  10/08/02   5100PL                                 0          1.58
80300301708.  10/08/02   0869PL                                 0          5.34
80300301709.  10/08/02   5100PL                                 0          4.00
80300301710.  10/08/02   5100PL                                 0          4.00
80300301711.  10/08/02   5100PL                                 0          0.43
80300301712.  10/08/02   0869PL                                 0         10.33
80300301801.  10/08/02   6855XX   3:02-OP-1                     1        -15.77
80300301802.  10/08/02   0869PL                                 0          4.80
80300301803.  10/08/02   0869PL                                 0          2.51
80300301804.  10/08/02   0869PL                                 0          8.46
80300301901.  10/08/02   6855XX   3:02-OP-1                     1       -137.87
80300301902.  10/08/02   0869PL                                 0         22.18
80300301903.  10/08/02   0869PL                                 0         16.17
80300301904.  10/08/02   5100PL                                 0         13.76
80300301905.  10/08/02   0869PL                                 0         16.84
80300301906.  10/08/02   5100PL                                 0         20.82
80300301907.  10/08/02   0869PL                                 0         48.10

                                              DIVISION TOTAL             0.00
```

FILED
SCRANTON
OCT 7 2002
PER _____
     DEPUTY CLERK

Rec 89736  10/7/02   $2.51   1:00-982 Douglas