1 PRSLC
1 Financial

**ORIGINAL**

(61)
10/25/0

Sylvia Rambo, Judge
U.S. District Court
P.O. Box 983
Hbg, PA. 17108

10-21-2002

FILED
HARRISBURG, PA

OCT 2 5 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: Request Balance of Filing Fee
     1:CV-00-0982

Dear Judge Rambo,

This letter is sent to your office to request the remaining balance on the filing fee for the civil suit in the above captioned case. Any assistance your can provide this request would be appreciated.

Thank you for your valuable time and consideration

Sincerely,

[signature]