

CFR

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

*for the*

**MIDDLE DISTRICT of PENNSYLVANIA**

*William J. Nealon Federal Bldg. & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

Harrisburg:  (717) 221-3920
Williamsport: (570) 323-6380

(62)

Amo
10/31/02

October 28, 2002

FILED
SCRANTON

OCT 2 8 2002

PER _____
        DEPUTY CLERK

Inmate Accounting
SCI-Albion
10745 Rt 18
Albion, PA 16475

(1)
Re: CV 00-0982
    Douglas v Horn, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Brian Douglas, DP-1285, indicates that Mr Douglas has a balance of $10.42.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist

(financial)                                                                 Copy 61

JI COPY COPY

Sylvia Rambo, Judge                                          10-21-2002
U.S. District Court
P.O. Box 983
Hbg., P.A. 17108

                                                             FILED
                                                          HARRISBURG, PA

                                                            OCT 28 2002

RE: Request Balance of Filing Fee                       MARY E. D'ANDREA, CLERK
    1:CV-00-0982                                        Per _____
                                                           Deputy Clerk

Dear Judge Rambo,
            This letter is sent to your office
to request the remaining balance on the Filing
fee for the Civil suit in the above captioned case.
Any assistance your can provide this request
would be appreciated.

Thank you for your valuable time and consideration.

                                            Sincerely

                                            [signature]

                                                                    10.42