```
11/15/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

TRNS-ADJ       DATE       FUND     CASE NO       DEF                     AMOUNT
*********************************************************************************
                                                SCRANTON
80300305201.   11/15/02   6855XX   3:02-OP-1                    1        -17.70
80300305202.   11/15/02   0869PL                                0          4.80
80300305203.   11/15/02   0869PL                                0         -4.56
80300305204.   11/15/02   0869PL                                0          5.60
80300305205.   11/15/02   0869PL                                0          2.74

                                             DIVISION TOTAL               0.00
```

1:00cv982
Termed - CFR

(64)
KM
11/18/02

FILED
SCRANTON
NOV 14 2002
PER _____
       DEPUTY CLERK

Douglas

1:00 - 982

Rec 90177  94.56
11/14/02