**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600   FAX (570) 207-5650

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

FILED
SCRANTON

NOV 27 2002

PER _____
DEPUTY CLERK

November 27, 2002

Inmate Accounting
SCI Albion
10745 Rt 18
Albion, PA 16823

Re: CV 00-0982
Douglas v Horn, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Brian Douglas, DP-1285, indicates that Mr. Douglas has a balance of $5.86.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *Nancy A. Edmunds*
Nancy A. Edmunds
Financial Specialist

COPY

copy (61)
10/25/02

Sylvia Rambo, Judge                         10-21-2002
U.S. District Court
P.O. Box 983
Hbg, PA. 17108

FILED
HARRISBURG, PA

OCT 2 4 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

RE: Request Balance of Filing Fee
    1:CV-00-0982

Dear Judge Rambo,
        This letter is sent to your office to request the remaining balance on the filing fee for the civil suit in the above captioned case. Any assistance your can provide this request would be appreciated.

Thank you for your valuable time and consideration.

                                Sincerely

                                [signature]