```
12/26/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1
TRNS-ADJ         DATE       FUND      CASE NO         DEF          AMOUNT
*******************************************************************************
                                      SCRANTON
8030035320l.    12/26/02    6855XX    3:02-OP-1          1        -220.52
8030035320l.    12/26/02    0869PL                       0           7.00
80300353203.    12/26/02    0869PL                       0           5.68
80300353204.    12/26/02    0869PL                       0          16.79
80300353205.    12/26/02    5100PL                       0           7.48
80300353206.    12/26/02    5100PL                       0           6.78
80300353207.    12/26/02    5100PL                       0           3.95
80300353208.    12/26/02    5100PL                       0           6.00
80300353209.    12/26/02    5100PL                       0           5.41
80300353210.    12/26/02    5100PL                       0           2.69
80300353211.    12/26/02    5100PL                       0           8.74
80300353212.    12/26/02    5100PL                       0          90.00
80300353213.    12/26/02    0869PL                       0          60.00
80300353301.    12/26/02    6855XX    3:02-OP-1          1         -33.02
80300353302.    12/26/02    5100PL                       0           5.40
80300353303.    12/26/02    0869PL                       0           6.37
80300353304.    12/26/02    5100PL                       0          12.08
80300353305.    12/26/02    5100PL                       0           2.59
80300353306.    12/26/02    5100PL                       0           6.58
80300353401.    12/26/02    6855XX    3:02-OP-1          1         -46.09
80300353402.    12/26/02    0869PL                       0          10.51
80300353403.    12/26/02    5100PL                       0          16.48
80300353404.    12/26/02    5100PL                       0          19.10
80300353501.    12/26/02    6855XX    3:02-OP-1          1          -0.36
80300353502.    12/26/02    0869PL                       0           0.36
80300353601.    12/26/02    6855XX    3:02-OP-1          1        -114.00
80300353602.    12/26/02    5100PL                       0           7.68
80300353603.    12/26/02    5100PL                       0           6.72
80300353604.    12/26/02    0869PL                       0          52.38
80300353605.    12/26/02    0869PL                       0           5.93
80300353606.    12/26/02    0869PL                       0           8.82
80300353607.    12/26/02    5100PL                       0          32.47
80300353701.    12/26/02    6855XX    3:02-OP-1          1         -47.54
80300353702.    12/26/02    0869PL                       0           4.80
80300353703.    12/26/02    0869PL                       0           4.56
80300353704.    12/26/02    0869PL                       0           4.41
80300353705.    12/26/02    0869PL                       0          22.74
80300353706.    12/26/02    5100PL                       0          11.03

                                                  DIVISION TOTAL     0.00
```

*Stamp:* FILED SCRANTON DEC 2 3 2002 PER [signature] DEPUTY CLERK

*Handwritten:* Termed — CFR (66) KM 1/2/03

*Handwritten bottom:* REC 90600  12/23/02   $4.56   1:00-982   DOUGLAS