01/09/03

## TRANSFER-ADJUSTMENT-FORFEITURE REPORT

1

| TRNS-ADJ | DATE | FUND | CASE NO | | DEF | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | SCRANTON | | |
| 80300355001. | 01/09/03 | 6855XX | 3:03-OP-1 | | 1 | -30.35 |
| 80300355002. | 01/09/03 | 0869PL | | | 0 | 5.08 |
| 80300355003. | 01/09/03 | 5100PL | | | 0 | 7.31 |
| 80300355004. | 01/09/03 | 5100PL | | | 0 | 3.31 |
| 80300355005. | 01/09/03 | 0869PL | | | 0 | 1.30 |
| 80300355006. | 01/09/03 | 0869PL | | | 0 | 6.00 |
| 80300355007. | 01/09/03 | 0869PL | | | 0 | 7.35 |

DIVISION TOTAL          0.00

*Handwritten notes:*

1:00CV982

termed - CFR

KM 1/9/03

DOUGLAS (PD IN FULL)

90733

REC^ 1/8/03 $1.30

1:00 - 982

FILED
SCRANTON
JAN 8 2003
PER _____ DEPUTY CLERK